IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. DRISCOLL, JR.,<br>on behalf of himself and all<br>others similarly situated,<br><br>Plaintiff, | |
| v. | C.A. No.: 07-180 ML |
| FAMILY DOLLAR STORES OF<br>RHODE ISLAND, INC. and<br>FAMILY DOLLAR HOLDINGS, INC.,<br><br>Defendants. | |

**ENTRY OF APPEARANCE**

Please enter my Notice of Appearance as counsel for the defendants in the above-captioned matter.

FAMILY DOLLAR STORES OF
RHODE ISLAND, INC. and
FAMILY DOLLAR HOLDINGS,
INC.
By their attorneys,

Dated: June 21, 2007

/s/ Todd M. Reed

Todd M. Reed, Esq. (#6602)
EDWARDS ANGELL PALMER &
DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2007, I did serve a true copy of the within document by ECF, and via regular mail, to the following:

Peter N. Wasylyk, Esquire
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Marc R, Stanley
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Andrew Kierstead
Law Offices of Andrew Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

James A. Francis
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110

/s/ Todd M. Reed