IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 07-180 ML |
| FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC., | : | |
| Defendants. | : | |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Defendants, Family Dollar Stores of Rhode Island, Inc. and Family Dollar Holdings, Inc. (hereinafter "Defendants"), respectfully request that this Honorable Court extend, until August 22, 2007, the time within which Defendants may serve and file their responsive pleading to Plaintiff's Class Action Complaint. As grounds for this motion, Defendants state that the parties are currently discussing with counsel for the Plaintiff ways in which the matter might be resolved promptly, and they believe that the requested extension would aid in arriving at a resolution.

Counsel for the Plaintiff has informed Defendants' counsel that he has no objection to this motion.

WHEREFORE, the Defendants respectfully request that the Court extend, until August 22, 2007, the time within which they may file and serve their responsive pleading to Plaintiff's Class Action Complaint.

FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.
By their attorneys,

/s/ Todd M. Reed

Todd M. Reed, Esq. (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2007, I did serve a true copy of the within document by ECF, and via regular mail, to the following:

Peter N. Wasylyk, Esquire
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Marc R, Stanley
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Andrew Kierstead
Law Offices of Andrew Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

James A. Francis
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110

/s/ Todd M. Reed