UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated, Plaintiff, | |
| v. | C. A. No. 07-180ML |
| FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC., Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Family Dollar Stores of Rhode Island, Inc., and Family Dollar Holdings, Inc., pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, submit the following corporate disclosure statement:

1. Defendant Family Dollar Stores of Rhode Island, Inc., is owned by Family Dollar, Inc., a North Carolina corporation.

2. Defendant Family Dollar Holdings, Inc., a North Carolina corporation, is a wholly-owned subsidiary of Family Dollar Stores, Inc., a publicly-traded corporation incorporated in the State of Delaware.

3. Family Dollar, Inc., is a wholly-owned subsidiary of Family Dollar Stores, Inc.

Respectfully submitted,
FAMILY DOLLAR STORES OF
RHODE ISLAND, INC. and FAMILY DOLLAR
HOLDINGS, INC.
By their attorneys,

/s/ Todd M. Reed
Todd M. Reed, Esq. (#6602)

EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

Todd J. Kaiser, Esq.
John K. Henning, Esq.
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46204
Telephone: (317) 916-1300
Facsimile: (317) 916-9076

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2007, I did serve a true copy of the within document by ECF, and via regular mail, to the following:

Peter N. Wasylyk, Esquire
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Marc R, Stanley
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Andrew Kierstead
Law Offices of Andrew Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

James A. Francis
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110

/s/ Todd M. Reed