IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated, Plaintiff, | : | |
| v. | : | C.A. No.: 07-180 ML |
| FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC., Defendants. | : | |

**JOINT PROPOSED SCHEDULING ORDER**

In accordance with the Court's instructions at the October 30, 2007 Pretrial Conference in the above-captioned matter, the parties jointly propose the issuance of the following Order:

1. Any motion to amend the Complaint shall be filed by the Plaintiff with the proposed Amended Complaint by November 30, 2007. If Defendants object to the motion to amend, their Objection shall be filed by December 14, 2007.

2. The parties may engage in discovery related to class certification through February 29, 2008.

3. Any motion to certify the alleged class in this action shall be filed by Plaintiff by March 28, 2008. If Defendants object to the motion to certify, their Objection shall be filed by April 28, 2008.

4. Following its ruling on any motion to certify the alleged class filed by Plaintiff, the Court will issue a Scheduling Order setting forth the parameters for discovery and motion practice on the merits of this action.

DAVID M. DRISCOLL, JR.
By his attorneys

/s/ Peter N. Wasylyk
Peter N. Wasylyk, Esq.
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
(401) 861-6064

FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.
By their attorneys,

/s/ Todd M. Reed
Todd M. Reed, Esq. (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

SO ORDERED:

______________________________
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2007, I did serve a true copy of the within document by ECF, and via regular mail, to the following:

Peter N. Wasylyk, Esquire
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908

Marc R, Stanley
Stanley, Mandel & Iola, LLP
3100 Monticello Avenue, Suite 750
Dallas, TX 75205

Michael D. Donovan
Donovan Searles, LLC
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103

Andrew Kierstead
Law Offices of Andrew Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204

James A. Francis
Francis & Mailman, P.C.
100 South Broad Street, 19th Floor
Philadelphia, PA 19110

/s/ Todd M. Reed