**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated,** | **CLASS ACTION** |
| **Plaintiff,** | **C. A. No. 07- 180-ML** |
| **v.** | |
| **FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.** | |
| **Defendants.** | **JURY TRIAL DEMANDED** |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT**

Plaintiff, DAVID M. DRISCOLL, JR. (hereafter "Plaintiff"), hereby submits this memorandum of law in support of his Motion For Leave To File a First Amended Class Action Complaint. Plaintiff is seeking to amend his complaint to narrow the proposed class from a nationwide to a state class. Therefore, the only proposed substantive change to the Complaint is the change in Paragraph 16 to reflect the proposed class as limited to all persons in the State of Rhode Island who received Receipts from a Rhode Island Family Dollar Store.

Fed.R.Civ.P. 15(a) provides that leave to amend a pleading "shall be freely given when justice so requires". Pursuant to this rule, leave to amend is to be granted liberally. Forman v. Davis 371 U.S. 178, 182 (1962). Motion to amend should be allowed unless it "would unduly prejudice Defendant in some manner." Cummins v. EG & G Sealol, Inc., 690 F. Supp. 134, 135,139 (D.R.I. 1988) (Lagueux, J.). "Said amendments should be granted liberally where there is present no showing that to allow so would materially prejudice the interest of the other party."

Babbs v. John Hancock Mut. Life Ins. Co., 507 A.2d 1347, 1349 (R.I. 1986).

FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC. (hereafter collectively referred to as "Defendants") are not prejudiced since it is at the early stages of the litigation and discovery has not commenced. All the claims are identical to the claims already raised in this matter and there has been no undue delay.

Plaintiff respectfully requests that this Court grant an Order for leave to file the First Amended Class Action Complaint in the form attached to Plaintiff's Motion for Leave to File the First Amended Class Action Complaint.

Dated: November 30, 2007

Respectfully Submitted,

By: /s/ Peter N. Wasylyk

Peter N. Wasylyk (#3351)
**LAW OFFICES OF PETER N. WASYLYK**
1307 Chalkstone Avenue
Providence, Rhode Island 02908
Telephone: (401) 831-7730
Facsimile: (401) 861-6064

**ADDITIONAL COUNSEL:**

**STANLEY, MANDEL & IOLA, LLP**
Marc R. Stanley
Roger L. Mandel
Martin Woodward
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205
Telephone: (214) 443-4300
Facsimile: (214)-443-0358

**DONOVAN SEARLES, LLC**
Michael D. Donovan
David A. Searles
1845 Walnut Street, Suite 1100
Philadelphia, PA 19103
Telephone: (215) 732-6067
Facsimile: (215) 732-8060

**LAW OFFICE OF ANDREW KIERSTEAD**
Andrew S. Kierstead
1001 SW 5th Avenue, Suite 1100
Portland, OR 97204
Telephone: (508) 224-6246
Facsimile: (508) 224-4356

**FRANCIS & MAILMAN, P.C.**
James A. Francis
100 South Broad Street, 19th Floor
Philadelphia, PA 19110
Telephone: (215) 735-8600
Facsimile: (215) 940-8000

Attorneys for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th. day of November, 2007, I electronically filed the foregoing MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED CLASS ACTION COMPLAINT with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney of record:

**Todd M. Reed**
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
274-9200
1-888-325-9223 (fax)
treed@eapdlaw.com

/s/ Peter N. Wasylyk