IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No.: 07-180 ML |
| FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC., | : | |
| Defendants. | : | |

**~~JOINT PROPOSED~~ SCHEDULING ORDER**

In accordance with the Court's instructions at the October 30, 2007 Pretrial Conference in the above-captioned matter, the parties jointly propose the issuance of the following Order:

1. Any motion to amend the Complaint shall be filed by the Plaintiff with the proposed Amended Complaint by November 30, 2007. If Defendants object to the motion to amend, their Objection shall be filed by December 14, 2007.

2. The parties may engage in discovery related to class certification through February 29, 2008.

3. Any motion to certify the alleged class in this action shall be filed by Plaintiff by March 28, 2008. If Defendants object to the motion to certify, their Objection shall be filed by April 28, 2008.

4. Following its ruling on any motion to certify the alleged class filed by Plaintiff, the Court will issue a Scheduling Order setting forth the parameters for discovery and motion practice on the merits of this action.

DAVID M. DRISCOLL, JR.
By his attorneys

/s/ Peter N. Wasylyk
Peter N. Wasylyk, Esq.
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, RI 02908
(401) 831-7730
(401) 861-6064

FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.
By their attorneys,

/s/ Todd M. Reed
Todd M. Reed, Esq. (#6602)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (fax)

SO ORDERED:

Mary M. Lisi
United States District Judge 12/3/07