UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DAVID M. DRISCOLL, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.,<br><br>Defendants. | C. A. No. 07-180ML |

**STIPULATION OF DISMISSAL**

The plaintiff, David M. Driscoll, Jr., and the defendants, Family Dollar Stores of Rhode Island, Inc. and Family Dollar Holdings, Inc., by and through their counsel, hereby stipulate, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), to the dismissal of this action in its entirety with prejudice, without costs, and waiving all rights of appeal.

Respectfully submitted,
DAVID M. DRISCOLL, JR.
By his Attorneys,

/s/ Peter N. Wasylyk

Peter N. Wasylyk (#3351)
Law Offices of Peter N. Wasylyk
1307 Chalkstone Avenue
Providence, RI 02908
401-831-7730

Respectfully submitted,
FAMILY DOLLAR STORES OF RHODE ISLAND, INC. and FAMILY DOLLAR HOLDINGS, INC.
By their Attorneys,

/s/ Todd M. Reed

Todd M. Reed (#6602)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401-274-9200

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2008, a copy of the foregoing *Stipulation of Dismissal* was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Peter N. Wasylyk
LAW OFFICES OF PETER N. WASYLYK
1307 Chalkstone Avenue
Providence, Rhode Island 02908
pnwlaw@aol.com

I hereby certify that on May 16, 2008, a copy of the foregoing *Stipulation of Dismissal* was served by the United States first-class mail, postage prepaid on the following parties of record:

Marc R. Stanley
Roger L. Mandel
Martin Woodward
STANLEY, MANDEL & IOLA, LLP
3100 Monticello Avenue, Suite 750
Dallas, Texas 75205

Michael D. Donovan
David A. Searles
DONOVAN SEARLES, LLC
1845 Walnut Street, Suite 1100
Philadelphia, Pennsylvania 19103

Andrew S. Kierstead
LAW OFFICE OF ANDREW KIERSTEAD
1001 SW 5th Avenue, Suite 1100
Portland, Oregon 97204

James A. Francis
FRANCIS & MAILMAN, P.C.
100 South Broad Street, 19th Floor
Philadelphia Pennsylvania 19110

/s/ Todd M. Reed